## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**DANIEL GEORGE BROWN**
                         **Petitioner**

**V.**

**U.S. DEPT OF HOMELAND SECURITY, et al.,**
                         **Respondent.**

FILED
HARRISBURG, PA

JUN 19 2020

PER _____
        DEPUTY CLERK

### PLAINTIFF REQUEST FOR ENLARGEMENT OF PAGE NUMBERS OR WORDS IN TRO

Plaintiffs civil immigration detainees hereby respectfully request this Court for leave to file an enlargement to file motion for temporary restraining order (TRO) of less than 15,000 words including certificate of service under Federal Rules of Civil Procedures 65 attached to this motion request.

### Reason why Enlargement should be granted

The TRO is a class of more than 30 Plaintiffs and requires numerous facts and to be seriously argue and contained less than 15,000 words. See TRO attached.

### CONCLUSION

Plaintiff's Motion for enlargement is to be GRANTED as set forth in the above.

Dated: June 14, 2020                         Signatures:

1

# CERTIFICATE OF SERVICE

I certify that all parties were served as addressed on date below to:

Office of the Clerk
United States District Court
U.S. Courthouse
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

Angela Hoover, Warden
Clinton County Correctional Facility
58 Pine Mountain Road
Mc Elhattan, PA 17748

United States Attorney's Office
Middle District of Pennsylvania
Federal Building
Suite 220
228 Walnut Street
Harrisburg, PA 17108

Office of the United States Attorney's Office
District of Columbia
555 4th Street, NW
Washington, DC 20530

Lieutenant Gates
Clinton County Correctional Facility
58 Pine Mountain Road
Mc Elhattan, PA 17748

Lieutenant Powell
Clinton County Correctional Facility
58 Pine Mountain Road
Mc Elhattan, PA 17748


Lieutenant Probst
Clinton County Correctional Facility
58 Pine Mountain Road
Mc Elhattan, PA 17748


Dated: June 4, 2010                                             Signatures

# Signatures

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

AleJandro Acevebedo ~~Hya~~  /10000 56BB

Garty Togbasi  10 000 5750

---

Daniel Brown — *Daniel Brown*   A#-074-992-221;

Vu Tuan, A#-060-613-821;

Son Lee,

Patel Nisarg,   A#-061-544-218

Jhensy Saillant,   A#-062-280-757

Cipriano Rodriguez,   A#-090-766-958

Pena Jose,   A#-034-205-798

Gilbert Grullom,   A#-090 766 958

Amjad Mohammed,   A#-099-384-130

Hooru Xie, *Haoru Xie*   #-100-005-669

Abel Helb,   #-100-005-267

Darius Kilby,   A#-100-005-473

Ofori Xentumi Jeremy,   A#-096-672-758

Navin Singh, *Navin Singh*   #-100-003-700

Paul Johnson,   #-100-003-706

Ajarhi Roberts,   A#-100-005-615

Franciszek Bystron,   #-097-615-784

Patel Bharatkumar   #-100-005-848

Levon Margaryan   #-100-004-645

Karireddy BharathA   #-100-005-834

Gary Lall *Gary Lall*   #-100-005-819

Ishmael Kosh   #-100-005-842

Kelechi James   #-100-005-663

George Graham   #-100-005-747

Anthony Wilson   #-100-005-522

Olalekan Abifarin   #-100-005-764

Mohamed Kamara   #-100-005-654

Van H. Nguyen   A#-042-363-518

Herrow Yahye   #-100-005-177

Jaber Hammouda   #-100-005-796

Jose Ismael Dilone Lyon Rodriguez   #-100-005-702

Gorbrtenko Alex   # 100005740

RIAZ KHAN   10 0004644

Cheng Zi   100 005768

Yang Hong   100005794

Deron Joe   100005650

1

Emil SANCHEZ 100005634

# DECLARATION

Plaintiffs civil immigration detainees as signer below swear under the penalty of

perjury and under the laws of the United States that the foregoing herein is true and

correct. Plaintiffs certify that Plaintiffs understand and know that this is sufficient to

comply with 28 U.S.C.  Sec. 1746 and to render Plaintiffs the signer subject to

prosecution under 18 U.S.C. Sec. 1621(a)(2) if any statements which Plaintiffs know to

be false made herein and alleges that:

(1)    Plaintiffs Confined at CCCF on G-Unit;

(2)    Plaintiffs affected by either one or more or all of this issues presented in this TRO;

(3)    Plaintiffs are civil immigration detainees; and

(4)    Plaintiffs seek the responsible parties to take action as requested.


Dated: June 14, 2020
McElhattan, Pennsylvania

**Signatures**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Alejandro Acevedo /10000 5680

Garty Togbasi 10 000 5750

| | |
|---|---|
| Daniel Brown | A#-074-992-221; |
| Vu Tuan, A#-060-613-821; | |
| Son Lee, | |
| Patel Nisarg, | A#-061-544-218 |
| Jhensy Saillant, | A#-062-280-757 |
| Cipriano Rodriguez, | A#-090-766-958 |
| Pena Jose, | A#-034-205-798 |
| Gilbert Grullom, | A#-090 766 958 |
| Amjad Mohammed, | A#-099-384-130 |
| Hooru Xie, | #-100-005-669 |
| Abel Helb, | #-100-005-267 |
| Darius Kilby, | A#-100-005-473 |
| Ofori Xentumi Jeremy, | A#-096-672-758 |
| Navin Singh, | #-100-003-700 |
| Paul Johnson, | #-100-003-706 |
| Ajarhi Roberts, | A#-100-005-615 |
| Franciszek Bystron, | #-097-615-784 |
| Patel Bharatkumar | #-100-005-848 |
| Levon Margaryan | #-100-004-645 |
| Karireddy BharathA | #-100-005-834 |
| Gary Lall | #-100-005-819 |
| Ishmael Kosh | #-100-005-842 |
| Kelechi James | #-100-005-663 |
| George Graham | #-100-005-747 |
| Anthony Wilson | #-100-005-522 |
| Olalekan Abifarin | #-100-005-764 |
| Mohamed Kamara | #-100-005-654 |
| Van H. Nguyen | A#-042-363-518 |
| Herrow Yahye | #-100-005-177 |
| Jaber Hammouda | #-100-005-796 |
| Jose Ismael Dilone Lyon Rodriguez | #-100-005-702 |

Gorbatenko Alex # 100005740

IJAZ KHAN 100004644

Cheng Li 500 005768

Yang Hong 100005794

Devon Joe 100005650

1

Emil Sanchez 100005634